**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Tamika Taylor<br><br>                                        Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>                                        Movant<br>vs.<br>Tamika Taylor<br><br>and<br>SCOTT F. WATERMAN [Chapter 13]<br>                                        Respondents | Chapter 13 Proceeding<br><br>23-13162-amc<br><br><br>Hearing: 01/10/2024 |

## OBJECTION TO CONFIRMATION OF THE PLAN

PENNYMAC LOAN SERVICES, LLC (Movant), a secured creditor in this case objects to the confirmation of the Debtor's Chapter 13 plan and states the following:

1. The plan does not provide for the secured creditor, PENNYMAC LOAN SERVICES, LLC to receive the full value of its claim in violation of 11 USC §1325(a)(5)(B)(ii).

2. As of the date of the filing of the bankruptcy on 10/22/2023, Movant is the holder of a secured claim in the amount of $129,350.87 secured by the Debtors' property located at 6379 West Columbia Avenue, Philadelphia, PA 19151.

3. The plan materially underestimates the pre-petition arrears claim of Movant, which is due arrears in the approximate amount of **$3,847.69**. A proof of claim will be filed prior to the deadline for filing claims.

4. Debtor's Plan proposes to pay Movant **$1,711.00** in pre-petition arrears, which is insufficient to provide for Movant's arrearage claim. See **Exhibit "A"** attached hereto and made a part hereof.

5. If the plan is confirmed, the Movant may suffer irreparable injury, loss and damage.

Respectfully submitted,

**/s/ Karina Velter, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
Karina Velter, Esquire; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
bankruptcy@powerskirn.com
Attorney for Movant
Dated: 12/07/2023